IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

CHRISTOPHER WHITFIELD,

   Plaintiff,

v.                                                                                  C.A. No.: 4:13-cv-00290-RAS

RAY HUFFINES CHEVROLET INC.,

   Defendant.
_____/

## ORDER OF DISMISSAL

On this day, the court considered the Parties' Joint Stipulation of Dismissal with Prejudice [de #8].  Having considered the pleading, it is therefore, ORDERED, ADJUDGED and DECREED that all causes of action that any and all of the Parties have asserted or could have asserted against each other are hereby dismissed with prejudice and each party shall be solely responsible for their own attorney's fees and costs.

**SIGNED this the 5th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE